

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/10

June 21, 2010

**BY FACSIMILE**

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

            Re: United States v. Daniel Stewart, et al.,
                10 Cr. 283 (KMW)

Dear Judge Gardephe:

       The Government respectfully writes to request, on behalf of the parties, that the next status conference in this matter be adjourned until July 26, 2010. The next status conference presently is scheduled for 11:30 a.m. on June 22, 2010. The reason for the requested adjournment is that the parties continue to discuss a potential disposition of this matter, and do not anticipate that those discussions will be completed before June 22, 2010.

       If the Court is inclined to grant the adjournment, the Government respectfully requests that time be excluded under the Speedy Trial Act until July 26, 2010, in the interests of justice so that the parties may continue to discuss a potential disposition of this matter. For the Court's convenience, a copy of a proposed Order is enclosed.

       The Government has conferred with defense counsel, who consent to this request in its entirety on behalf of their clients.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Sean S. Buckley
Assistant United States Attorney
(212) 637-2261

*The next status conference is set for July 26, 2010, at 11:00 a.m.*

**SO ORDERED, N.Y., N.Y.**
6-21-10
Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.

cc: Martin Cohen, Esq. (by facsimile)
    Bennett Epstein, Esq. (by facsimile)
    David Lewis, Esq. (by facsimile)