**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/10

July 21, 2010

**BY FACSIMILE**

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007

> Re:  United States v. Daniel Stewart, et al.,
>      10 Cr. 283 (KMW)

Dear Judge Wood:

The Government respectfully writes to request, on behalf of the parties, that the next status conference in this matter be adjourned for three weeks, until August 16, 2010. The next status conference presently is scheduled for July 26, 2010. The reason for the requested adjournment is that the parties continue to discuss a potential disposition of this matter, and because David Lewis, counsel for defendant Reynold Hector, is unavailable on July 26, 2010.

granted
KMW

If the Court is inclined to grant the adjournment, the Government respectfully requests that time be excluded under the Speedy Trial Act until August 16, 2010, in the interests of justice so that the parties may continue to discuss a potential disposition of this matter. For the Court's convenience, a copy of a proposed Order is enclosed.

The Government has conferred with defense counsel, who consent to this request in its entirety on behalf of their clients.

The status conference is adjourned to August 16, 2010, at 3:00 p.m.

Respectfully submitted,

PREET BHARARA
United States Attorney

SO ORDERED, N.Y., N.Y. 7/22/10

KIMBA M. WOOD
U.S.D.J.

By: _____
Sean S. Buckley
Assistant United States Attorney
(212) 637-2261

cc:  Martin Cohen, Esq. (by facsimile)
     Bennett Epstein, Esq. (by facsimile)
     David Lewis, Esq. (by facsimile)