

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/10

**MEMO ENDORSED**

August 27, 2010

BY FACSIMILE

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007

      Re:  **United States v. Daniel Stewart, et al.,**
           10 Cr. 283 (KMW)

Dear Judge Wood:

      The Government respectfully writes to request, on behalf of the parties, that the next status conference in this matter be adjourned until September 10, 2010.  The next status conference presently is scheduled for August 30, 2010.  The reason for the requested adjournment is that the parties continue to discuss a potential disposition of this matter, and do not anticipate that those discussions will be completed before August 30, 2010.

      If the Court is inclined to grant the adjournment, the Government respectfully requests that time be excluded under the Speedy Trial Act until September 10, 2010, in the interests of justice so that the parties may continue to discuss a potential disposition of this matter.

      The Government has conferred with defense counsel, who consent to this request in its entirety on behalf of their clients.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Sean S. Buckley
Assistant United States Attorney
(212) 637-2261

Conference adjourned to
September 10, 2010, at
11:30 a.m.

SO ORDERED: 8/27/10

*Kimba M. Wood*
KIMBA M. WOOD
U. S. D. J.

cc:  Martin Cohen, Esq. (by facsimile)
     Bennett Epstein, Esq. (by facsimile)
     David Lewis, Esq. (by facsimile)