

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/10

September 9, 2010

**BY FACSIMILE**

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:  <u>United States</u> v. <u>Daniel Stewart, et al.</u>,
         10 Cr. 283 (KMW)

Dear Judge Wood:

    The Government respectfully writes to request, on behalf of the parties, that the next status conference in this matter be adjourned until October 15, 2010. The next status conference presently is scheduled for September 13, 2010. The reason for the requested adjournment is due to the unavailability of certain defense counsel and to enable the parties continue to discuss a potential disposition of this matter.

    If the Court is inclined to grant the adjournment, the Government respectfully requests that time be excluded under the Speedy Trial Act until October 15, 2010, in the interests of justice due to the unavailability of defense counsel and so that the parties may continue to discuss a potential disposition of this matter. A copy of a proposed Order excluding time has been enclosed for the Court's convenience.

    The Government has conferred with defense counsel, who consent to this request in its entirety on behalf of their clients.

*[Handwritten: The conference is adjourned to Friday, October 15 at 11:30 am.]*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
    Sean S. Buckley
    Assistant United States Attorney
    (212) 637-2261

**SO ORDERED: N.Y., N.Y.**
**9-9-10**
*/s/ Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

cc:  Martin Cohen, Esq. (by facsimile)
     Bennett Epstein, Esq. (by facsimile)
     David Lewis, Esq. (by facsimile)