**MEMO ENDORSED**

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/10

November 19, 2010

**BY FACSIMILE**

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Daniel Stewart, et al.*,
        10 Cr. 283 (KMW)

Dear Judge Wood:

    The Government respectfully writes to request, on behalf of the parties, that the next status conference in this matter be adjourned until December 17, 2010. The next status conference presently is scheduled for November 22, 2010. The reason for the requested adjournment is due to the unavailability of the defendant, Reynold Hector, and to enable the parties to complete discussions of a potential disposition of this matter.

    If the Court is inclined to grant the adjournment, the Government respectfully requests that time be excluded under the Speedy Trial Act until December 17, 2010, in the interests of justice due to the unavailability of defense counsel and so that the parties may continue to discuss a potential disposition of this matter. A copy of a proposed Order excluding time has been enclosed for the Court's convenience.

    The Government has conferred with defense counsel, who consent to this request in its entirety on behalf of their clients.

Conference is adjourned to December 20, 2010, at 11:00 a.m. The Court is unable to have the conference on December 17, 2010, due to a conflict.

SO ORDERED, N.Y., N.Y.
11-19-10

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Sean S. Buckley
Assistant United States Attorney
(212) 637-2261

cc: Martin Cohen, Esq. (by facsimile)
    Bennett Epstein, Esq. (by facsimile)
    David Lewis, Esq. (by facsimile)