

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/11

February 7, 2011

BY FACSIMILE

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007

**MEMO ENDORSED**

Re: United States v. Daniel Stewart, et al.,
    10 Cr. 283 (KMW)

Dear Judge Wood:

The Government respectfully writes to request, on behalf of the parties, that the next status conference in this matter be adjourned until February 17, 2011. The next status conference presently is scheduled for February 8, 2011. The reason for the requested adjournment is due to the unavailability of defense counsel, David Lewis, Esq., and to permit the parties to finalize discussions of a potential disposition of this matter.

If the Court is inclined to grant the adjournment, the Government respectfully requests that time be excluded under the Speedy Trial Act from January 7, 2011, until February 17, 2011, in the interests of justice due to the unavailability of defense counsel and so that the parties may continue to discuss a potential disposition of this matter. A copy of a proposed Order excluding time has been enclosed for the Court's convenience.

The Government has conferred with defense counsel, who consent to this request in its entirety on behalf of their clients.

*The conference is adjourned to Wednesday, February 16, 2011 at 10:30 a.m.*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Sean S. Buckley
Assistant United States Attorney
(212) 637-2261

SO ORDERED: N.Y., N.Y.
2/7/11

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

cc: Martin Cohen, Esq. (by facsimile)
    Bennett Epstein, Esq. (by facsimile)
    David Lewis, Esq. (by facsimile)