

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/11
```

February 15, 2011

**BY FACSIMILE**

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007

      Re:  United States v. Daniel Stewart, et al.,
          10 Cr. 283 (KMW)

Dear Judge Wood:

      The Government respectfully writes to request, on behalf of the parties, that the next status conference in this matter be adjourned until February 24, 2011.  The next status conference presently is scheduled for February 16, 2011.  The reason for the requested adjournment is due to the unavailability of defense counsel, David Lewis, Esq.  Further, the requested adjournment will permit defendants Farrell and Stewart to consider written plea offers that have been made by the Government, and will further permit the Government to consider an application from defendant Hector regarding a potential disposition.

      If the Court is inclined to grant the adjournment, the Government respectfully requests that time be excluded under the Speedy Trial Act from February 16, 2011, until February 24, 2011, in the interests of justice due to the unavailability of defense counsel and so that the parties may continue to discuss a potential

*[Handwritten annotation: Granted. KMW]*

The Honorable Kimba M. Wood
February 15, 2011
Page 2 of 2

disposition of this matter. A copy of a proposed Order excluding time has been enclosed for the Court's convenience.

The Government has conferred with defense counsel, who consent to this request in its entirety on behalf of their clients.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Sean S. Buckley
Assistant United States Attorney
(212) 637-2261

cc: Martin Cohen, Esq. (by facsimile)
    Bennett Epstein, Esq. (by facsimile)
    David Lewis, Esq. (by facsimile)

So Ordered.

See Speedy Trial Act
Order, 2/15/11.

2/15/11

_____
Kimba M. Wood
U.S.D.J