USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

DANIEL STEWART

                                 Defendant.
-----------------------------------------------------------x

10 CR 283 (KMW)

SENTENCING
SCHEDULING ORDER

KIMBA M. WOOD, District Judge

    The Defendant is scheduled to be sentenced on June 2, 2011 at 11:00 a.m.

    The Presentence Investigation Report is due to the Court on May 19, 2011.

    Any sentencing submissions by Defendant must be made by May 23, 2011, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation.

    Defense counsel must arrange for the presentence interview to occur within 14 days of the defendant's guilty plea. The Government must submit a statement of facts to Probation within 14 days of the defendant's guilty plea. The Government must submit its 5K1.1 letter, if applicable, 14 days before sentencing.

    Probation should contact Chambers if they experience difficulty scheduling the presentence interview or if the PSR will not be completed in a timely fashion.

    Any response or other submission from the Government is due May 27, 2011.

SO ORDERED

Dated:  New York, New York
         March 8, 2011

                                                          _____
                                                          KIMBA M. WOOD
                                                    UNITED STATES DISTRICT JUDGE