

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/11
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 5, 2011

**BY FACSIMILE**

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York  10007

> Re: <u>United States v. Daniel Stewart, et al.</u>,
>     10 Cr. 283 (KMW)

**MEMO ENDORSED**

Dear Judge Wood:

      The Government respectfully writes to request, on behalf of the parties, that the next status conference in this matter, presently scheduled for May 6, 2011, be adjourned until 9:30 a.m. on May 27, 2011.  The reason for the requested adjournment is to permit the Government to review additional documentation submitted by David Lewis, Esq., counsel for defendant Reynold Hector, as well as to permit the Government and Bennett Epstein, Esq., counsel for defendant Jason Farrell, to finalize ongoing negotiations regarding a disposition of this matter.

*Granted. KMW*

      If the Court is inclined to grant the adjournment, the Government respectfully requests that time be excluded under the Speedy Trial Act from May 5, 2011, until May 27, 2011, in the interests of justice so that the parties may continue to discuss a potential disposition of this matter.  A copy of a proposed Order excluding time has been enclosed for the Court's convenience.

      The Government has conferred with defense counsel, who consent to this request in its entirety on behalf of their clients.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Sean S. Buckley
Assistant United States Attorney
(212) 637-2261

5-6-11

**SO ORDERED: N.Y., N.Y.**

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

cc: Martin Cohen, Esq. (by facsimile)
    Bennett Epstein, Esq. (by facsimile)
    David Lewis, Esq. (by facsimile)