## LEWIS & FIORE
ATTORNEYS AT LAW
225 BROADWAY
SUITE 3300
NEW YORK, N.Y. 10007
(212) 285-2290
FAX (212) 964-4506

DAVID L. LEWIS
CHARLES G. FIORE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/11
```

May 6, 2011

**VIA FACSIMILE**
**(212) 805-7900**

Honorable Kimba M. Wood
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:   United States of America v.
      Stewart, et al.
      10-cr-283 (KMW)

Dear Judge Wood:

I write to the Court in reference to the Status Conference which was scheduled for Friday, May 6, 2011 at 9:30 a.m.

Counsel's office contacted Assistant United States Attorney Sean Buckley and attorney Bennett M Epstein and we have agreed, with the consent of the Court, to adjourn this matter to Friday, June 3, 2011 at 9:30 a.m.   *Granted KMW*

A copy of a Proposed Order excluding time has been enclosed for the Court's convenience.

I thank Your Honor for any courtesy given to me in this matter.

Respectfully yours,

*David L. Lewis*
DAVID L. LEWIS

DLL/bf
cc:   Sean S. Buckley (via facsimile (212) 637-2527)
      Assistant United States Attorney
      Bennett M. Epstein, Esq. (via facsimile (212) 571-5507)
      Reynold Hector

5-9-11

**SO ORDERED: N.Y., N.Y.**

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.