

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/11

July 22, 2011

**MEMO ENDORSED**

BY FACSIMILE

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Daniel Stewart, et al.,
10 Cr. 283 (KMW)

Dear Judge Wood:

The Government respectfully writes to request that the next status conference in this matter, presently scheduled for July 25, 2011, be adjourned until 4:30 p.m. on September 14, 2011. The reason for the requested adjournment is that counsel for defendant Reynold Hector is unavailable on July 25, 2011, as well as to permit the parties to conclude negotiations regarding a disposition of this matter.

[Granted KMW]

If the Court is inclined to grant the adjournment, the Government respectfully requests that time be excluded under the Speedy Trial Act from July 25, 2011, until September 14, 2011, in the interests of justice so that the parties may continue to discuss a potential disposition of this matter. A copy of a proposed Order excluding time has been enclosed for the Court's convenience.

The Government has conferred with David Lewis, Esq., counsel for defendant Reinold Hector, who consent to this request in its entirety on behalf of his client. The Government, thus far, has been unable to confer with Bennett Epstein, Esq., counsel for defendant Jason Farrell. The Government believes that it has reached an agreement in principle with Mr. Epstein, and therefore does not believe that Mr. Epstein would object to the requested continuance.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Sean S. Buckley
Assistant United States Attorney
(212) 637-2261

SO ORDERED: N.Y., N.Y.
7/22/11
/s/ Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.

cc: Bennett Epstein, Esq. (by facsimile)
    David Lewis, Esq. (by facsimile)