

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/11
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 17, 2011

BY FACSIMILE

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  United States v. Daniel Stewart, et al.,
     10 Cr. 283 (KMW)

Dear Judge Wood:

The Government respectfully writes to request that the next status conference in this matter, presently scheduled for November 18, 2011, be adjourned until 10:00 a.m. on December 20, 2011. The reason for the requested adjournment is to permit the parties to conclude ongoing negotiations regarding a disposition of this matter.

*Granted KMW*

If the Court is inclined to grant the adjournment, the Government respectfully requests that time be excluded under the Speedy Trial Act from November 18, 2011, until December 20, 2011, in the interests of justice so that the parties may continue to discuss a potential disposition of this matter. A copy of a proposed Order excluding time has been enclosed for the Court's convenience.

The Government has conferred with counsel for each of the defendants, who consent to this request in its entirety on behalf of their clients.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Sean S. Buckley
Assistant United States Attorney
(212) 637-2261

cc:  Bennett Epstein, Esq. (by facsimile)
     David Lewis, Esq. (by facsimile)

SO ORDERED: N.Y., N.Y.
11/22/11

_____
KIMBA M. WOOD
U.S.D.J.